**STATE of Missouri,**
**Plaintiff/Respondent,**

v.

**Willie WATTS, Defendant/Appellant.**

**Willie WATTS, Movant/Appellant,**

v.

**STATE of Missouri,**
**Respondent/Respondent.**

Nos. 60702, 62341.

Missouri Court of Appeals,
Eastern District,
Division One.

May 18, 1993.

---

Jeannie Arterburn, S. Paige Canfield and Marilynn Rydlund, Office of the Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael J. Runzi, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Defendant appeals his conviction by a jury of murder in the second degree and armed criminal action, and the denial of postconviction relief without a full evidentiary hearing. We affirm.

We have reviewed the record and find the claims of error are without merit; the judgment of the motion court is based on findings of fact that are not clearly erroneous. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rules 30.25(b) and 84.16(b).